## 44960. BROWN v. THE STATE.

DEEN, Judge. The defendant was convicted of larceny from the house and given a sentence of four years. Motion for bail pending appeal was presented to and denied by the trial judge, and a special motion has been filed with this court praying that it grant bail pending the appeal. "The granting or refusing of bail in felony cases after indictment and conviction is a matter within the sound discretion of the trial court, and this court will not control that discretion unless it has been flagrantly abused." *Watts v. Grimes,* 224 Ga. 227 (161 SE2d 286); *Sellers v. State,* 112 Ga. App. 607 (145 SE2d 827).

> *Motion denied. Bell, C. J., and Eberhardt, J., concur.*
> DECIDED NOVEMBER 5, 1969.

*Sullivan & Herndon, John J. Sullivan,* for appellant.
*Glenn Thomas, Jr., District Attorney,* for appellee.